FILED
DIST. OF WYOMING
DISTRICT COURT

AUG 19 2019

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☐ Violation Notice ☐ Information ☑ Complaint |
| vs | Case Number 5:19-MJ-67-C |
| TIMOTHY RAYMOND STEVENS<br>Defendant | |
| Violation Charged: 1) Deliver (actual/attempt/constructed) controlled substance  2) Possession of Controlled Substance  3) Possession of firearm in violation of applicable federal and state laws | Citation Number |
| Date Violation Notice Issued August 15, 2019 | Place Yellowstone National Park |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 3:42-3:58 PM                    Interpreter

Date August 19, 2019                 Interpreter Telephone

Before the Honorable Kelly H. Rankin

| Moe Cairns | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| F. Lee Pico | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear       Warrant issued on

☑ Appeared   ☐ By telephone
            ☐ Voluntarily   ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
                ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

☑ Court orders case continued to   Aug 22, 2019   at 3:00 PM
    reason:  Detention hearing and arraignment.

☐ Bail is set at
        ☐ Unsecured   ☐ Cash/Surety   ☐ P/R-No Amount

WY 59                                         Revised 05/09/2019

Petty Offenses/Misdemeanors Minute Sheet
5:19-MJ-67-C

☐ Conditions of release

| | |
|---|---|
| **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:** ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).      This consent was made   ☐ orally      ☐ in writing | |

☑ Informed of charges and rights        Date  August 19, 2019
☐ Defendant arraigned                          Date
☐ Court accepts plea                   Defendant enters ☐ Not Guilty Plea   ☐ Guilty
☐ Trial      Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfieted
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence        Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision       ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine                                 Payable
☐ Restitution                       To
☐ Community Service         To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other  U.S. moves to detain defendant and for 3-day continuance.

    Court orders bond report.