**FILED**

4:13 pm, 8/19/19

**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 5:19MJ067-MLC

TIMOTHY RAYMOND STEVENS

Defendant,

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location: Mammoth Courthouse**

Yellowstone Justice Center, 105 Albright Ave.   Date: August 22, 2019

Mammoth YNP, WY 82190   Time: 3:00 P.M.

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   August 19, 2019

Kelly H. Rankin
Chief United States Magistrate Judge

Rev. 05/25/2018